No. 00–836. BUSH *v.* PALM BEACH COUNTY CANVASSING BOARD ET AL., *ante,* p. 70. Motion of James J. Clancy for leave to file a brief as *amicus curiae* out of time and for other relief denied.

No. 00–862. VIRGINIA *v.* RENO, ATTORNEY GENERAL, ET AL. Appeal from D. C. D. C. Motion of appellant to expedite consideration of case denied.

No. 00–6397. IN RE MONTGOMERY. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 955] denied.

No. 00–6420. CHUTE *v.* EQUIFAX CREDIT INFORMATION SERVICES, INC. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 991] denied.

No. 00–6724. EKUNDAYO *v.* BRENHAM STATE SCHOOL ET AL. C. A. 5th Cir.; and

No. 00–6988. COX *v.* UNITED STATES. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 2, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–6463. IN RE TUCKER;

No. 00–6490. IN RE WILLIAMS;

No. 00–6680. IN RE HAMILTON; and

No. 00–6920. IN RE MORRIS, AKA MCMASTER. Petitions for writs of mandamus denied.

No. 00–189. IDAHO *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari granted.

No. 00–346. NORFOLK SHIPBUILDING & DRYDOCK CORP. *v.* GARRIS, ADMINISTRATRIX OF THE ESTATE OF GARRIS, DECEASED. C. A. 4th Cir. Certiorari granted.

No. 00–549. CEDRIC KUSHNER PROMOTIONS, LTD. *v.* KING ET AL. C. A. 2d Cir. Certiorari granted.